# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH A. GETTER,<br><br>    Plaintiff,<br>v.<br><br>GENESIS ELDERCARE REHABILITATION SERVICE, LLC and WINSOME BACKER,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-03312-JMG-SMB<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

The Plaintiff, Ruth A. Getter, and the Defendants, Genesis Eldercare Rehabilitation Services, LLC, and Winsome Backer by and through their respective attorneys, hereby stipulate that this action be dismissed without prejudice, each party to bear their own costs.

**RUTH A. GETTER, Plaintiff,**

By:   *s/ Tanya J. Hansen*_____
Tanya J. Hansen, Esq.
Smith, Johnson, Allen, Connick & Hansen
104 N. Wheeler Avenue
Grand Island, Nebraska 68801
Telephone: (308) 382-1930

**GENESIS ELDERCARE REHABILITATION SERVICES, LLC, and WINSOME BACKER, Defendants,**

*s/Mark M. Schorr*_____
Mark M. Schorr, Esq. #17066
Erickson | Sederstrom, P.C.
301 South 13th Street, Suite 400
Lincoln, Nebraska 68508
Telephone: (402) 476-1000

James Bucci, Esq. (Admitted *pro hac vice*)
Genova Burns LLC
2 Riverside Drive, Suite 502
Camden, New Jersey 08103
Telephone: (856) 968-0680

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2021, I electronically filed the foregoing Stipulation for Dismissal without Prejudice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Plaintiff's attorney of record, Tanya J. Hansen, 104 N. Wheeler Avenue, Grand Island, Nebraska 68801.

*s/Mark M. Schorr*_____