IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH A. GETTER,<br><br>        Plaintiff,<br><br>vs.<br><br>GENESIS ELDERCARE REHABILITATION SERVICE, LLC and WINSOME BACKER,<br><br>        Defendants. | 4:21-CV-3312<br><br>JUDGMENT |

On the parties' stipulation for dismissal (filing 11), this case is dismissed without prejudice, each party bearing their own costs.

Dated this 10th day of December, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge